## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**RAYMOND MACMEEKEN**

      **Plaintiff,**

**vs.**                                                        **No. CIV 08-1045 MV/RLP**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

      **Defendant.**

### ORDER OF REMAND

**THIS MATTER** comes before the Court on the Magistrate Judge's Report and Recommended Disposition. [Docket No. 24]. Defendant has filed timely objections to the Report and Recommendation. [Docket No. 25]. The Court, having made a *de novo* review and determination,

**FINDS** that Defendant's objections are without merit, and that the Report and Recommended Disposition of the United States Magistrate Judge should be adopted.

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Reverse and Remand [Docket No. 17] is granted in part and denied in part, and this matter is remanded to the Commissioner of the Social Security Administration for additional proceedings to include obtaining vocational testimony which is based on all the impairments, exertional and nonexertional, borne out by the evidentiary record.

_____
MARTHA VAZQUEZ
CHIEF UNITED STATES DISTRICT JUDGE